DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

D.L.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2045

_____

June 5, 2026

Appeal from the Circuit Court for Pasco County; Linda Babb, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.


_____


Opinion subject to revision prior to official publication.